# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:09cv214

| | |
|---|---|
| SOUTHEAST AIR CHARTER, INC.; and C. W. PARKER AVIATION, LLC, ) ) ) Plaintiffs, ) ) Vs. ) ) UNITED STATE OF AMERICA; and ) ASHEVILLE JET INC., d/b/a MillionAir ) of Asheville, ) ) Defendants. ) _____ ) | ORDER |

**THIS MATTER** is before the court on the Notice of Withdraw Consent of All Parties, in which defendants withdraw their demand for a jury trial. Having considered such notice as a motion to strike jury demand, and reviewed the pleadings, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that the Notice of Withdraw Consent of All Parties (#16) is **DEEMED** to be a Motion to Strike Jury Demand, and such motion is **GRANTED,** defendants' demand for a jury trial is **STRICKEN**, and the Pretrial Order is **AMENDED** to provide that trial shall be without a jury.

Signed: October 5, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge